## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00101-TWP-MJD ) |
| DEJON PITCHFORD, | ) -01 ) |
| Defendant. | ) |

### ENTRY FOR OCTOBER 29, 2020
### THE HONORABLE TANYA WALTON PRATT

The Government appeared by Lawrence Hilton, Assistant United States Attorney. The Defendant appeared in person, in custody, and by CJA counsel Charles Hayes. Gerald Smith appeared on behalf of the United States Probation Office. Adam Vail attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for sentencing at the Indianapolis Courthouse.

On September 4, 2020, the Court accepted Defendant's plea of guilty and Defendant was adjudged guilty of Count 1, Bank Robbery, as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines. Testimony was presented from the following witnesses: Maurice Pitchford and Amanda Gosnell.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration: The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 140 months on Count 1.

Restitution:  The Defendant shall make restitution to Huntington Bank in the amount of $9,707.00.  Payment is to be made directly to Clerk United States District Court with disbursement to the victim.

Fine: The Court did not order a fine based on the substantial amount of restitution.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 3 years on Count 1.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report.  Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at Terre Haute if possible, but with first priority to substance abuse treatment, mental health treatment and vocational training.

The Defendant shall pay to the United States a special assessment of $100.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the United States Marshal Service.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:  10/30/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Charles C. Hayes
HAYES RUEMMELE LLC
charleshayes.atty@gmail.com

Lawrence Darnell Hilton
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lawrence.hilton@usdoj.gov